STATE OF MONTANA,

          Plaintiff,                       **NO. 7089**

          vs.                              **DECISION**

**TIMOTHY LEON MORRIS,**

          **Defendant.**

On December 24, 1990, the Defendant was sentenced to five (5) years for the revocation of Criminal Possession of Dangerous Drugs; to be served consecutively to the term imposed on federal charges; credit is given for 31 days time served.

On September 25, 1992, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and was represented by Dirk Beccari, Public Defender from Missoula. The state was represented by Robert Deschamps, County Attorney from Missoula.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it if such is possible. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

The reason for the decision is the sentence imposed by the District Court is presumed correct pursuant to Section 46-18-904(3), MCA. The Division finds that the reasons advanced for modification are insufficient to deem inadequate or excessive as required to overcome the presumption per Rule 17 of the Rules of the Sentence Review Division of the Montana Supreme Court.

DATED this 25th day of September, 1992.

**Hon. Ed McLean, Chairman, Hon. Thomas M. McKittrick, and**
**Hon. G. Todd Baugh, Judges.**

The Sentence Review Board wishes to thank Dirk Beccari, Public Defender from Missoula for his assistance to the defendant and to this Court.